

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00207-CR and 04-15-00208-CR

Jessica G. **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 458109 and 458110
Jason Garrahan, Judge Presiding

# O R D E R

In these companion cases, Appellant's briefs were due to be filed on June 17, 2015. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed first motions for extensions of time to file the briefs and requested extensions of forty-five days.

Appellant's motions are GRANTED IN PART. Appellant's briefs are due to be filed in this court on July 17, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court